IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-cv-00092-FL

| | |
|---|---|
| JAMAL A. YOUSEF, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER |
| ANDREW SAUL, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $28,629.75. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $6,375.00 and will return to Plaintiff the amount awarded under the EAJA.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $28,629.75, and refund to Plaintiff the smaller award between this amount and the EAJA award.

This __16th__ day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE